UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YVONNE DEJESUS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED HEALTHCARE GROUP,<br><br>　　　　Defendant. | Case No. 2:25-cv-00815-CDS-EJY<br><br>**REPORT AND RECOMMENDATION** |

　　　This action commenced when Plaintiff, proceeding *pro se*, submitted an application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint on March 24, 2025. ECF Nos. 2, 2-2. On May 13, 2025, the Court granted Plaintiff's IFP application and dismissed her Complaint without prejudice, but with leave to amend. ECF No. 5. The Court gave Plaintiff through and including June 3, 2025 to file an amended complaint. *Id.* at 4. The Court explained that if Plaintiff failed to comply with the Order it would recommend dismissal of this action without prejudice. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has she otherwise communicated with the Court.

　　　Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

　　　Dated this 9th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**NOTICE**

　　　Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections

1

1  within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held
2  that (1) failure to file objections within the specified time and (2) failure to properly address and
3  brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
4  factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir.
5  1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).